IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 72-01ML

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CR NO: |
| v. | : Violation of Title 12 U.S.C. § |
| | : 1715z-19 |
| ANTONIO L. GIORDANO and | : |
| JOHN MONTECALVO | : |

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**

Between in or about January, 1998 and May, 2004, in the District of Rhode Island, the defendants, ANTONIO L. GIORDANO and JOHN MONTECALVO, acting as agents, managers and persons in custody, control and possession of three nursing homes located in Rhode Island, that is, Coventry Health Center, Mount St. Francis Health Center and Hillside Health Center (the "nursing homes"), which said nursing homes were security for mortgages that were insured, acquired and held by the Secretary of Housing and Urban Development pursuant to the National Housing Act, willfully used and authorized the use of part of the rents, assets, proceeds, income and other funds derived from the nursing homes for purposes other than to meet reasonable and necessary expenses of the nursing homes, that is, they used and authorized the payment of $780,539.00 to My Place, Inc., which said payments were not reasonable and necessary for the operation of the nursing homes, during a period of time when the mortgage notes were in default and the nursing homes were in a nonsurplus cash position, as defined by the

regulatory agreement covering the property, all in violation of Title 12, United States Code, Section 1715z-19.

KENNETH P. MADDEN
Acting United States Attorney

By: ______________________
ANDREW J. REICH
Assistant U.S. Attorney

______________________
GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

Date June 7, 2006