PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: KENNETH P. MADDEN
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ANDREW J. REICH

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
HUD

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island County

CASE NO.

USA vs.

Defendant: ANTONIO L. GIORDANO

Address:

☐ Interpreter Required Dialect:

Birth Date

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): DONALD K. STERN

☐ FPD ☐ CJA ☑ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 12 U.S.C. Section 1715z-19 | Equity Skimming | ☒ Felony ☐ Misdemeanor |
| | Penalties: 5 years imprisonment; a fine | | ☐ Felony ☐ Misdemeanor |
| | of $500,000.; 3 years supervised release; | | ☐ Felony ☐ Misdemeanor |
| | and a $100 special assessment. | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial days: 3 | | ☐ Felony ☐ Misdemeanor |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] INFORMATION [ ] INDICTMENT [ ] COMPLAINT

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added

[ ] Indictment [ ] Charges/Counts Added

[ ] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: KENNETH P. MADDEN

[ ] U.S. Atty [ ] Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ANDREW J. REICH

CASE NO.

USA vs.

Defendant: JOHN J. MONTECALVO

Address:

[ ] Interpreter Required Dialect:

Birth Date

[✓] Male [ ] Female

[ ] Alien (if applicable)

Social Security Numb

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HUD

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. Atty [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island County

### DEFENDANT

Issue: [ ] Warrant [✓] Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

[ ] Currently in Federal Custody

[ ] Currently in State Custody

[ ] Writ Required

[ ] Currently on bond

[ ] Fugitive

Defense Counsel (if any): C. LEONARD O'BRIEN

[ ] FPD [ ] CJA [✓] RET'D

[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 12 U.S.C. Section 1715z-19 | Equity Skimming | [X] Felony [ ] Misdemeanor |
| | Penalties: 5 years imprisonment; a fine | | [ ] Felony [ ] Misdemeanor |
| | of $500,000.; 3 years supervised release; | | [ ] Felony [ ] Misdemeanor |
| | and a $100 special assessment. | | [ ] Felony [ ] Misdemeanor |
| | Estimated Trial days: 3 | | [ ] Felony [ ] Misdemeanor |