AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR 06-72-02 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant, John Montecalvo

6/12/06
*Date*

*Signature*

C. LEONARD O'BRIEN
John A. MacFADYEN III
*Print Name*

MACFADYEN, GESCHEIDT + O'BRIEN
101 DYER ST. PROVIDENCE RI 02903
*Address*

PROVIDENCE RI 02903
*City* *State* *Zip Code*

401-751-5090
*Phone Number*