O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED
JUN 08 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
ANTONIO L. GIORDANO and
✓JOHN J. MONTECALVO

WAIVER OF INDICTMENT

CASE NUMBER: CR06-72-02ML

I, JOHN J. MONTECALVO, the above named defendant, who is accused of equity skimming

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 12, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JOHN J. MONTECALVO
Defendant

C. LEONARD C. O'BRIEN, ESQ.
Counsel for Defendant

Before
Judicial Officer
USMJ