IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 06-72-01ML |
| | : | CR No. 06-72-02ML |
| vs. | : | |
| | : | |
| ANTONIO L. GIORDANO and | : | |
| JOHN MONTECALVO | : | |

**ORDER**

This matter came on to be heard in conference before Justice Mary M. Lisi on October 11, 2006 on Defendants' Motion to Extend Voluntary Surrender Date, and by the agreement of the parties and the approval of the Court, it is hereby

ORDERED

that the defendants' voluntary surrender date of October 13, 2006 at 2:00 p.m. is hereby vacated and defendants are ordered to surrender voluntarily on October 20, 2006 at 2:00 p.m.

ORDERED:

Deputy Clerk

ENTER:

THE HONORABLE MARY M. LISI
JUDGE, UNITED STATES DISTRICT COURT

Date: 10/11/06

Presented by:

C. Leonard O'Brien, Esq. (#1886)
John A. MacFadyen, Esq. (#1209)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Peter DiBiase, Esq. (#1796)
91 Friendship Street
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2006, I did fax a copy of this Order to:

Andrew J. Reich, Esq.
Office of the United States Attorney
The Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

at fax number (401) 709-5001.